IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CURTIS ANTON FAULK,

     Appellant,

v.

                                                            Case No.  5D23-1389
                                                            LT Case Nos. 1996-CF-005311-A
                                                                           1996-CF-005310-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed June 28, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Curtis A. Faulk, Lake Butler, pro se.

Ashley Moody, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.